

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| CLARENCE HANNA, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION 3:19-2193-MGL-PJG |
| | § | |
| VA REGIONAL, *M of SC*; ZIVIA ANN | § | |
| HANNA; SENIOR HELPER, *SC*; SAFE | § | |
| CREDIT, SC, | § | |
| Defendants. | § | |

**ORDER ADOPTING THE SUPPLEMENTAL REPORT AND RECOMMENDATION
AND DISMISSING THE ACTION WITHOUT PREJUDICE**

Plaintiff Clarence Hanna (Hanna) filed this lawsuit on August 6, 2019. He is self represented.

The matter is before the Court for review of the Supplemental Report and Recommendation (Report) of the United States Magistrate Judge suggesting the case be dismissed on two bases: failure to prosecute and failure to comply with the Court's orders.. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report January 29, 2020, but Hanna failed to file any objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court Hanna's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed this 19th day of February, 2020, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****
### NOTICE OF RIGHT TO APPEAL

Hanna is hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to the Federal Rules of Appellate Procedure.